**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                            )
DEMOCRACY FORWARD FOUNDATION,               )
                                            )
    Plaintiff,                            )
                                            )
    v.                                    )  Case No. 17-cv-2609 (EGS)
                                            )
U.S. DEPARTMENT OF EDUCATION,               )
                                            )
    Defendant.                            )
_____)

## DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

Defendant United States Department of Education (the "Defendant"), by and through undersigned counsel, respectfully submits the following answer to Plaintiff's Complaint filed on December 7, 2017 (the "Complaint"). All allegations in the Complaint, including relief sought, are denied except when specifically admitted herein. Defendant admits, denies, or otherwise avers as follows:

### DEFENSES

### FIRST DEFENSE

Plaintiff's Complaint should be dismissed in whole, or part, for failure to state a claim upon which relief can be granted.

### SECOND DEFENSE

Some of the records requested in Plaintiff's Freedom of Information Act ("FOIA") request are exempt in whole or in part under the FOIA.

### THIRD DEFENSE

The Court lacks subject matter jurisdiction over any requested relief that exceeds the relief authorized by the FOIA.

**SPECIFIC RESPONSES**

Answering specifically each paragraph of the Complaint, using the same headings and numbering used in the Complaint, Defendant answers as follows. Defendant denies any allegations contained in such headings.

1. This paragraph contains Plaintiff's conclusions of law and characterization of this action, to which no response is required.

**JURISDICTION AND VENUE**

2. This paragraph contains Plaintiff's conclusions of law concerning jurisdiction, to which no response is required. To the extent a response is deemed necessary, Defendant admits that this Court has jurisdiction over this FOIA action.

3. This paragraph contains Plaintiff's conclusions of law concerning venue, to which no response is required. To the extent a response is deemed necessary, Defendant admits that venue may be found in this judicial district.

**PARTIES**

4. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in this paragraph.

5. Admitted.

**STATEMENT OF FACTS**

6. This paragraph contains Plaintiff's characterization of the Department's regulations, to which no response is required. To the extent a response is deemed necessary, Defendant respectfully refers the Court to the regulations cited for a true and complete statement of their contents.

7. This paragraph contains Plaintiff's characterization of the Department's regulations, to which no response is required. To the extent a response is deemed necessary, Defendant respectfully refers the Court to the regulations cited for a true and complete statement of their contents.

8. This paragraph contains Plaintiff's characterization of the complaint and preliminary injunction motion filed in *Cal. Ass'n of Private Postsecondary Sch. V. DeVos*, 17-cv-999 (D.D.C.), to which no response is required. To the extent a response is deemed necessary, Defendant respectfully refers the Court to the complaint and motion cited for a true and complete statement of their contents.

9. This paragraph contains Plaintiff's characterization of the Department's regulation, to which no response is required. To the extent a response is deemed necessary, Defendant respectfully refers the Court to the regulation cited for a true and complete statement of its contents.

10. Admitted.

11. This paragraph contains Plaintiff's characterization of its FOIA request, to which no response is required. To the extent a response is deemed necessary, Defendant admits Plaintiff submitted a FOIA request to Defendant on or about June 16, 2017, and respectfully refers the Court to the FOIA request for a true and complete statement of its contents.

12. This paragraph contains Plaintiff's characterization of Defendant's June 19, 2017 email, to which no response is required. To the extent a response is deemed necessary, Defendant respectfully refers the Court to the email for a true and correct statement of its contents.

13. Admitted and Defendant avers that it is currently processing Plaintiff's FOIA request.

14. This paragraph contains Plaintiff's conclusions of law, to which no response is required.

## CLAIM FOR RELIEF

### Count One (Violation of the FOIA, 5 U.S.C. §552)

15. In response to this paragraph, Defendant repeats and realleges each of its responses to the foregoing paragraphs.

16. This paragraph contains Plaintiff's conclusions of law, to which no response is required. To the extent a response is deemed necessary, Defendant denies.

17. This paragraph contains Plaintiff's conclusions of law, to which no response is required. To the extent a response is deemed necessary, Defendant denies.

## PRAYER FOR RELIEF

The remainder of the Complaint consists of Plaintiff's request for relief, to which no response is required. To the extent that a response is deemed necessary, Defendant denies that Plaintiff is entitled to any of the relief requested in this Section, or to any relief whatsoever.

[Remainder of page intentionally left blank.]

WHEREFORE, having fully answered, Defendant respectfully requests that the Court issue an order dismissing with prejudice the above-captioned case, granting Defendant judgment, including all costs, charges and fees permitted by law, and such further relief as the Court deems just and proper.

Dated: January 12, 2018

                Respectfully submitted,

                JESSIE K. LIU, D.C. Bar # 472845
                United States Attorney

                DANIEL F. VAN HORN, D.C. Bar # 924092
                Chief, Civil Division

By: */s/ Melanie D. Hendry*
                Melanie D. Hendry
                Assistant United States Attorney
                555 Fourth Street, N.W.
                Washington, D.C. 20530
                (202) 252-2510
                melanie.hendry2@usdoj.gov