# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>*Defendant*. | Case No. 17-cv-2609 |

## JOINT STATUS REPORT

In this case under the Freedom of Information Act, Plaintiff Democracy Forward Foundation and Defendant the United States Department of Education respectfully submit this Joint Status Report, in keeping with their representations in their prior Joint Status Report.

1. In the parties' prior Joint Status Report (Feb. 28, 2018), ECF No. 9, Defendant stated that it anticipated that it would complete the processing and release of responsive, non-exempt records on or before March 23, 2018. *Id.* ¶ 2. The parties requested that they be permitted to file a further joint status report on or before April 6, 2018, after Plaintiff had an opportunity to review the documents, and the parties had an opportunity to meet and confer to determine whether a briefing schedule would be necessary. *Id.* ¶¶ 4-5.

2. Because Defendant's production was not delivered to Plaintiff until April 2, 2018, Defendant is still in the process of reviewing the documents and needs additional time to complete its review and to then confer with Plaintiff's counsel to determine whether summary

judgment briefing is necessary.  Therefore, the parties respectfully request that they be permitted to file a further joint status report, after meeting and conferring, by April 17, 2018.

Dated: April 6, 2018                                               Respectfully submitted,

/s/ *Javier M. Guzman*
Javier M. Guzman (D.C. Bar No. 462679)
Adam Grogg (N.Y. Bar)*
Democracy Forward Foundation
1333 H. Street NW
Washington, DC  20005
(202) 448-9090
jguzman@democracyforward.org
agrogg@democracyforward.org

*Admitted in New York; practicing under the supervision of members of the D.C. Bar while D.C. Bar application is pending.

*Counsel for Plaintiff*

JESSIE K. LIU, D.C. Bar No. 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar
          No. 924092
Chief, Civil Division

/s/ *Melanie D. Hendry*
Melanie D. Hendry
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2510
melanie.hendry2@usdoj.gov

*Counsel for Defendant*