UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
DEMOCRACY FORWARD FOUNDATION,               )
                                            )
         Plaintiff,                         )
                                            )
     v.                                     )   Case No. 17-cv-2609 (EGS)
                                            )
U.S. DEPARTMENT OF EDUCATION,               )
                                            )
         Defendant.                         )
_____)

## JOINT STATUS REPORT

Defendant the United States Department of Education ("Defendant") jointly with Plaintiff Democracy Forward Foundation ("Plaintiff"), by and through undersigned counsel, respectfully submit this joint status report pursuant to the Court's April 18, 2018, Order. After meeting and conferring, the parties respectfully report to the Court as follows:

As reported in the April 17, 2018, Joint Status Report, Defendant completed its production of responsive, non-exempt records on April 2, 2018. Since that time, the parties have been conferring in an attempt to narrow any issues remaining with respect to Defendant's production. However, the parties have been unable to reach agreement and believe the matter is now ripe for summary judgment motion practice. The parties' proposed summary judgment motion briefing schedule is set forth below:

|  | **Proposed Date** |
|---|---|
| Defendant's Motion for Summary Judgment | July 25, 2018 |
| Plaintiff's Cross Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment | August 27, 2018 |

|  | **Proposed Date** |
|---|---|
| Defendant's Opposition to Plaintiff's Cross Motion for Summary Judgment and Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment | September 27, 2018 |
| Plaintiff's Reply to Defendant's Opposition to Plaintiff's Cross Motion for Summary Judgment | October 18, 2018 |

Dated: June 8, 2018

Respectfully submitted,

/s/ *Javier M. Guzman*
Javier M. Guzman (D.C. Bar No. 462679)
Adam Grogg (N.Y. Bar)*
Democracy Forward Foundation
1333 H St. NW
Washington, DC 20005
(202) 448-9090
jguzman@democracyforward.org
agrogg@democracyforward.org

*Admitted in New York; practicing under the supervision of members of the D.C. Bar while D.C. Bar application is pending.

*Counsel for Plaintiff*

JESSIE K. LIU, D.C. Bar No. 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

/s/ *Melanie D. Hendry*
Melanie D. Hendry
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2510
melanie.hendry2@usdoj.gov

*Counsel for Defendant*